PROB 12C  
(6/16)

Report Date: February 23, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Donald James Konshuk           Case Number: 0980 2:20CR00122-RMP-1

Address of Offender: ███████████ Valley, Washington 99181

Name of Sentencing Judicial Officer: The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge.

Date of Original Sentence: November 5, 2009

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 175 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (November 1, 2015) | Prison - 150 months; TSR - 60 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: March 5, 2019 |
| Defense Attorney: | John Steven Roberts, Jr. | Date Supervision Expires: March 4, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On January 9, 2019, an officer reviewed the judgment with the offender. Mr. Konshuk signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged Mr. Konshuk is in violation of his conditions of supervised release by committing the crime of possession of a stolen motor vehicle, on or around February 22, 2024. |
| | On February 22, 2024, Mr. Konshuk was arrested in Stevens County, Washington, for possessing a stolen motor vehicle, report number 24-0000156. He is currently in the Stevens County Jail. According to the police report, on April 20, 2023, a Stevens County deputy arrived on the scene to an illegal fire complaint. At that location, the deputy checked a vehicle license plate on a vehicle parked at the residence, and the vehicle had returned as |

Prob12C
Re: Konshuk, Donald James
February 23, 2024
Page 2

reported stolen out of Pend Oreille County. The deputy spoke with an individual who advised he resides at the residence. He was questioned about the vehicle on site that appeared to be stolen. The individual stated he has had it about 1 month or so, but did not purchase it, and stated it belongs to the offender, Don Konshuk. The individual advised that Mr. Konshuk was currently in treatment in Spokane, and will be getting out in a couple weeks. At that time, the individual gave consent to search the vehicle.

On January 31, 2024, the Stevens County deputy made contact with Don Konshuk regarding the incident from April 20, 2023, and the reported stolen vehicle. He was asked to provide documentation showing he had the title and bill of sale for the vehicle. Mr. Konshuk stated he could provide that documentation. He stated it was in storage, but he could provide them the documents that day. The Stevens County deputy provided Mr. Konchuk with his contact information and requested he call him once he retrieved the papers.

On February 22, 2024, the Stevens County deputy contacted Mr. Konshuk at his residence to inquire about the title and bill of sale that he stated he would be able to provide showing that he legitimately had purchased the stolen 1972 Chevrolet pickup. Mr. Konshuk stated he did not have the documentation and stated he forgot to contact the officer and provide that documentation. At that time, Mr. Konshuk was taken into custody for possession of a stolen motor vehicle.

2      **Special Condition #1**: Defendant shall participate in substance abuse testing, to include not more than 104 urinalysis tests and not more than 104 Breathalyzer tests annually during the period of supervision. Defendant is to pay all or part of the costs of testing as determined by the United States Probation Office.

**Supporting Evidence**: It is alleged Mr. Konshuk is in violation of his conditions of supervised release for using a controlled substance, methamphetamine, on or around September 18, 2023.

On September 19, 2023, Mr. Konshuk reported to the United States Probation Office. He submitted to a urinalysis, which returned presumptive positive for methamphetamine. He admitted and signed an admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 23, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Konshuk, Donald James
February 23, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Thomas O. Rice
United States District Judge

February 23, 2024
_____
Date