PROB 12C
(6/16)

Report Date: April 2, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donald James Konshuk    Case Number: 0980 2:20CR00122-TOR-1

Address of Offender: ███████████ Valley, Washington 99181

Name of Sentencing Judicial Officer: The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising U.S. District Judge: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 5, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 175 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(November 1, 2015) | Prison - 150 months;<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | March 5, 2019 |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: | March 4, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/23/2024.

On January 9, 2019, an officer reviewed the judgment with the offender. Mr. Konshuk signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged Mr. Konshuk is in violation of his conditions of supervised release by using methamphetamine on or around March 22, 2024.<br><br>On March 25, 2024, Mr. Konshuk reported to the probation office to have his sweat patch removed. Mr. Konshuk admitted to the use of methamphetamine on or around March 22, 2024. He signed an admission form. |

Prob12C
Re: Konshuk, Donald James
April 2, 2024
Page 2

| | | |
|---|---|---|
| 4 | | **Special Condition #4:** Defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supercedes standard condition number 7 with respect to alcohol consumption only. |

**Supporting Evidence:** It is alleged Mr. Konshuk is in violation of his conditions of supervised release by consuming alcohol on or around March 22, 2024.

On March 25, 2024, Mr. Konshuk report to the probation office to have his sweat patch removed. Mr. Konshuk admitted to the use of alcohol on or around March 22, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 2, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other: The revocation hearing scheduled for April 24, 2024, remains set.

Thomas O. Rice
United States District Judge
April 2, 2024
Date