PROB 12C
(6/16)

Report Date: August 27, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donald James Konshuk                Case Number: 0980 2:20CR00122-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Valley, Washington 99181

Name of Sentencing Judicial Officer: The Honorable Sam E. Haddon, U.S. District Court Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Court Judge

Date of Original Sentence: November 5, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 175 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence: (November 1, 2015) | Prison - 150 months; TSR - 60 months | | |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: | March 5, 2019 |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: | March 4, 2050 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/23/2024 and 4/2/2024.

On January 9, 2019, an officer reviewed the judgment with the Mr. Konshuk. He signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: It's alleged Mr. Konshuk is in violation of his conditions of supervised release by committing the crimes of forgery and first degree possession of stolen property on or around August 22, 2024. |
| | On August 22, 2024, Mr. Konshuk was arrested in Stevens County, Washington, for forgery and first degree possession of stolen property, incident number 2410480. |

Prob12C
Re: Konshuk, Donald James
August 27, 2024
Page 2

According to the report filed with the Stevens County Sheriff's Office, at approximately 11:40 p.m., on August 22, 2024, a Stevens County Sheriff's deputy conducted a traffic stop on a white motor home towing a black dump trailer. The deputy did not observe a license plate on the front or rear of the motor home or on the rear of the trailer.

The deputy contacted the driver, who identified himself as Donald Konshuk. Mr. Konshuk showed the deputy the rear of the motor home where the deputy observed what appeared to be a Washington temporary permit. The permit was mounted behind a tinted plate cover making it difficult to see. The permit number was A6800581 and showed the VIN 1FDWE3FSXHDC311185. Mr. Konshuk told the deputy he obtained the permit from Cliff's Quality Auto when he bought the motor home. The permit number was run through the Department of Licensing (DOL) and it returned to a 2018 Mazda CX-5 registered in Seattle. The permit expired in December 2023.

Mr. Konshuk was asked if he printed the permit himself, and he said he did. The deputy observed the permit and it appeared to be forged and not authentic. It was covered in plastic and was a poor photocopy. On the permit, Mr. Konshuk had all of his information printed as the registered owner. Prior to impounding the motor home, the deputy observed multiple copies of the same permit.

Mr. Konshuk was asked about the dump trailer he was towing and he stated he was borrowing it from someone. The deputy did not observe a license plate on the trailer. Mr. Konshuk reached under the rear of the trailer and pulled out a bent and damaged Arizona plate number D-56246. There was no return on that plate number.

Mr. Konshuk was arrested and read his Miranda rights. He waived his rights and agreed to speak with the deputy. The motor home was checked through DOL VIN number and gave a return which only showed an insurance loss in June 2019.

A check of the Big Tex trailer VIN 16VDX1426E5313437 returned stolen out of Bonner County, Idaho, in October 2021.

The deputy informed Mr. Konshuk that the trailer was stolen and Mr. Konshuk claimed he was buying the trailer from another individual. Mr. Konshuk admitted having the trailer for a couple of months. He also stated that he bought the motor home from an auction, but did not have any paperwork to validate his claim at the time.

Mr. Konshuk was booked into the Stevens County Jail. Based on the fact that Mr. Konshuk admitted to printing the forged temporary permit and having possession of a stolen trailer, probable cause existed to charge Mr. Konshuk with forgery and first degree possession of stolen property.

6   **Standard Condition #11:** The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence:** It is alleged that Mr. Konshuk is in violation of his conditions of supervised release for failing to report his arrest on the above-noted charges to the probation officer within 72 hours as required by his conditions of supervised release.

Mr. Konshuk was arrested by the Stevens County Sheriff's Office on August 22, 2024, for new felony charges. At this time, Mr. Konshuk has not disclosed his arrest or contact with law enforcement to the probation officer within the 72-hour time frame required by him.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 27, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

August 27, 2024
Date